IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON CRABTREE, individually and ) <br> on behalf of Savannah Nicole Crabtree ) <br> ) <br> v. ) <br> ) <br> PARKER-HANNIFIN CORPORATION ) <br> d/b/a Parker-Seals ) | No. 2-11-0112 |

**O R D E R**

On April 2, 2012, the office of plaintiff's counsel advised the Court that this case has settled and an agreed order of dismissal would be filed this week. On or before April 9, 2012, counsel shall submit an agreed order of dismissal or other appropriate dismissal order.[1]

The Clerk is directed to forward this file to the Honorable Kevin H. Sharp, for his consideration of the agreed order of dismissal to be submitted on or before April 9, 2012.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

                                                JULIET GRIFFIN
                                                United States Magistrate Judge

---

[1] By Order entered December 16, 2011, Docket Entry No.15, and amended by Order entered December 21, 2011, Docket Entry No. 16, the pretrial conference was scheduled before Judge Sharp on November 26, 2012, and the bench trial was scheduled for December 18, 2012.